RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Daniel Bautista-Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no. 2:21-cr-00276-JAD-EJY |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| DANIEL BAUTISTA-MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Daniel Bautista-Martinez, that the conditions of pretrial release be modified.

1    On October 27, 2021, Mr. Bautista-Martinez appeared before the Honorable
2 Magistrate Judge Cam Ferenbach for his initial appearance on a four-count
3 indictment and bond hearing. At the conclusion of the bond hearing, Mr. Bautista-
4 Martinez was released on a personal recognizance bond to comply with certain
5 conditions. One condition Mr. Batutista-Martinez had to comply with was that he
6 must not leave the District of Nevada.
7    Since his release, Mr. Bautisa-Martinez has maintained employment. As of
8 recent, Mr. Batutista-Martinez's employment is requiring him to leave the District
9 of Nevada. Mr. Bautista-Martinez has provided documentation to his Pretrial
10 Officer.
11   Mr. Bautista-Martinez is requesting this court to modify the travel
12 restriction condition of his pretrial release conditions. Defense Counsel has spoken
13 with Jessie Moorehead the assigned Pretrial Services Officer and Edward Veronda
14 the assigned Assistant United States Attorney both in agreement with the
15 modification.
16 / / /
17
18
19
20
21
22
23

WHEREFORE, Mr. Bautista-Martinez is asking the Court to modify his travel restriction condition of his pretrial release conditions. Special Condition #4.

DATED this 15th day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>DANIEL BAUTISTA-MARTINEZ,<br><br>     Defendant. | Case No. 2:21-cr-00276-JAD-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the conditions of pretrial release are modified to allow Mr. Bautista-Martinez to travel out of the District of Nevada solely for employment assignments, only after ~~promptly notifying pre-trial of his designated travel.~~ providing Pretrial Services with advance notice of his out of district travel plan.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-15-2022 _____

4