JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number: 7709
EDWARD G. VERONDA
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:21-cr-00276-JAD-EJY-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| DANIEL BAUTISTA-MARTINEZ ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Angela Loveless, U. S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 15 day of August, 2022.

JASON M. FRIERSON
United States Attorney

By   /S/                                    .
EDWARD G. VERONDA
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. DANIEL BAUTISTA-MARTINEZ                Docket No: 2:21-cr-00276-JAD-EJY-1

Petition for Action on Conditions of Pretrial Release

COMES NOW ANGELA LOVELESS, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel Bautista-Martinez. The defendant initially appeared on October 27, 2021, before U.S. Magistrate Judge Cam Ferenbach and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall use his/her true name only and shall not use any false identifiers.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to State of Nevada.
5. The defendant shall maintain residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. The defendant shall provide written proof that his/her access to and possession of said firearm and/or dangerous weapon(s) has been discontinued. The written proof shall be provided to Pretrial Services or the supervising officer.
9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
10. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
11. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
12. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

13. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
14. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On March 15, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
2. On March 24, 2022, the defendant tested positive for the presence of marijuana.
3. On March 26, 2022, the defendant tested positive for the presence of marijuana and cocaine. This specimen was also diluted.
4. On April 8, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
5. On May 9, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
6. On May 12, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
7. On May 17, 2022, the defendant tested positive for the presence of marijuana.
8. On May 24, 2022, the defendant tested positive for the presence of marijuana and cocaine.
9. On May 25, 2022, the defendant tested positive for the presence of marijuana and cocaine.
10. On June 1, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
11. On June 6, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
12. On June 13, 2022, the defendant tested positive for the presence of marijuana.
13. On June 23, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
14. On July 6, 2022, the defendant tested positive for the presence of marijuana. This specimen was also diluted.
15. On July 23, 2022, the defendant tested positive for the presence of marijuana.
16. On July 25, 2022, the defendant tested positive for the presence of marijuana.
17. On August 10, 2022, the defendant failed to report for drug testing.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE.  FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

**ADDITIONALLY, THAT THE DEFENDANT'S BOND BE MODIFIED AS FOLLOWS:**

1. **The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.**
2. **The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.**

ORDER OF COURT

Considered and ordered this  15th day of August, 2022 and ordered filed and made a part of the records in the above case.

_____
Honorable Cam Ferenbach
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this  15   day of August, 2022.

Respectfully Submitted,

_____
Angela Loveless *SPB*
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada