# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BAUTISTA-MARTINEZ,<br><br>Defendant. | Case No. 2:21-cr-00276-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 39 |

Based on the parties; stipulation and good cause appearing, IT IS ORDERED that the change of plea hearing currently scheduled for Tuesday, December 20, 2022 at 10:00 a.m., be vacated and continued to January 30, 2023, at 10:00 a.m.

DATED this 12th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE