**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00276-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL BAUTISTA-MARTINEZ, | ECF No. 46 |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, May 3, 2023 at 10:00 a.m., be vacated and continued to July 24, 2023, at 11:00 a.m.

DATED this 2nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE